**Fill in this information to identify the case:**

Debtor 1: Diane Smith

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Maryland

Case number: 16-20827

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 4 7

**Date of payment change:** Must be at least 21 days after date of this notice: 06/01/2020

**New total payment:** Principal, interest, and escrow, if any    $ 1,237.96

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Change in escrow.

   Current escrow payment: $ 387.90     New escrow payment: $ 400.45

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☐ No
   - ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Change in interest rate and principal & interest owed.

   Current interest rate: 3.00 %     New interest rate: 4.00 %
   Current principal and interest payment: $ 763.09     New principal and interest payment: $ 837.51

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Diane Smith | | | Case number (if known) | 16-20827 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Michelle R. Ghidotti-Gonsalves                                  Date  05/05/2020
Signature

| Print: | Michelle R. Ghidotti-Gonsalves | | | Title | Authorized Agent for Secured Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company   Ghidotti Berger, LLP

| Address | 1920 Old Tustin Avenue | | |
|---|---|---|---|
| | Number | Street | |
| | Santa Ana | CA | 92705 |
| | City | State | ZIP Code |

Contact phone  949-427-2010                              Email  bknotifications@ghidottiberger.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page **2**

**BSI Financial Services**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

**Annual Escrow Account Disclosure Statement**

ACCOUNT NUMBER: ████████

004

DATE: 04/28/20

DIANE SMITH
4407 75TH AVENUE
HYATTSVILLE, MD 20784

PROPERTY ADDRESS
4407 75TH AVENUE
HYATTSVILLE, MD 20784

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 06/01/2020 THROUGH 05/31/2021.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 06/01/2020 TO 05/31/2021 ---------**

```
HOMEOWNERS INS                              $1,500.76
COUNTY TAX                                  $2,813.02
TOTAL PAYMENTS FROM ESCROW                  $4,313.78
MONTHLY PAYMENT TO ESCROW                     $359.48
```

**------ ANTICIPATED ESCROW ACTIVITY 06/01/2020 TO 05/31/2021 ---------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $1,368.95 | $2,516.38 |
| JUN | $359.48 | $1,500.76 | HOMEOWNERS INS | $227.67 | $1,375.10 |
| JUL | $359.48 | | | $587.15 | $1,734.58 |
| AUG | $359.48 | | | $946.63 | $2,094.06 |
| SEP | $359.48 | $1,406.51 | COUNTY TAX | $100.40- | $1,047.03 |
| OCT | $359.48 | | | $259.08 | $1,406.51 |
| NOV | $359.48 | | | $618.56 | $1,765.99 |
| DEC | $359.48 | $1,406.51 | COUNTY TAX | L1-> $428.47- | L2-> $718.96 |
| JAN | $359.48 | | | $68.99- | $1,078.44 |
| FEB | $359.48 | | | $290.49 | $1,437.92 |
| MAR | $359.48 | | | $649.97 | $1,797.40 |
| APR | $359.48 | | | $1,009.45 | $2,156.88 |
| MAY | $359.48 | | | $1,368.93 | $2,516.36 |

**--------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $1,147.43.**

**CALCULATION OF YOUR NEW PAYMENT**

```
PRIN & INTEREST                               $837.51
ESCROW PAYMENT                                $359.48
SHORTAGE PYMT                                  $40.97
NEW PAYMENT EFFECTIVE 06/01/2020            $1,237.96
```
YOUR ESCROW CUSHION FOR THIS CYCLE IS $718.96.

********** Continued on reverse side ************

---



Loan Number: ████████
Statement Date: 04/28/20
Escrow Shortage: $1,147.43

Important: Please return this coupon with your check.

BSI FINANCIAL SERVICES
314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354

**Escrow Payment Options**

I understand that my taxes and/or insurance has increased and that my escrow account is short $1,147.43. I have enclosed a check for:

☐ **Option 1:** $1,147.43, the total shortage amount. I understand that if this is received by 06/01/2020 my monthly mortgage payment will be $1,196.99 starting 06/01/2020.

☐ **Option 2:** $_____ , part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Please make you check payable to: **BSI FINANCIAL SERVICES** and please include your loan number on your check.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

********** Continued from front **********

## ACCOUNT HISTORY

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 10/01/2019 AND ENDING 09/30/2020. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 10/01/2019 IS:

```
PRIN & INTEREST                                      $763.09
ESCROW PAYMENT                                       $351.99
SHORTAGE PYMT                                         $35.91
BORROWER PAYMENT                                   $1,150.99
```

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | DESCRIPTION | ESCROW BALANCE | | |
|---|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | | PRIOR PROJECTED | | ACTUAL |
| | | | | | STARTING BALANCE | $1,009.60 | | $1,342.06- |
| OCT | $351.99 | $1,013.76 * | | | | $1,361.59 | | $328.30- |
| NOV | $351.99 | $387.90 * | | | | $1,713.58 | | $59.60 |
| DEC | $351.99 | $388.36 * | $1,361.59 | | COUNTY TAX | T-> $703.98 | A-> | $958.55- |
| DEC | | | | $1,406.51 * | COUNTY TAX | | | |
| JAN | $351.99 | $387.90 * | | | | $1,055.97 | | $570.65- |
| FEB | $351.99 | $775.80 * | | | | $1,407.96 | | $205.15 |
| MAR | $351.99 | $388.00 * | | | | $1,759.95 | | $593.15 |
| APR | $351.99 | $775.80 * | | | | $2,111.94 | | $1,368.95 |
| MAY | $351.99 | $0.00 | | | | $2,463.93 | | $1,368.95 |
| JUN | $351.99 | $0.00 | $1,500.76 | | HOMEOWNERS INS | $1,315.16 | | $1,368.95 |
| JUL | $351.99 | $0.00 | | | | $1,667.15 | | $1,368.95 |
| AUG | $351.99 | $0.00 | | | | $2,019.14 | | $1,368.95 |
| SEP | $351.99 | $0.00 | $1,361.59 | | COUNTY TAX | $1,009.54 | | $1,368.95 |
| | $4,223.88 | $4,117.52 | $4,223.94 | $1,406.51 | | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $703.98.  YOUR ACTUAL LOW POINT ESCROW BALANCE  (A) WAS $958.55-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN,  THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

### Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months.  To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you.  If your surplus is less than $50.00, the funds will be retained in your escrow account.

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

May 5, 2020

DIANE SMITH

4407 75TH AVENUE
HYATTSVILLE    MD  20784

Loan Number: ████

Property Address: 4407 75TH AVENUE
HYATTSVILLE    MD 20784

Dear DIANE SMITH:

**Changes to Your Mortgage Interest Rate and Payments on 05/01/20.**

**Under the terms of your mortgage modification dated 06/01/14, you are coming up on a step change during which your interest rate will change to the next step rate. Per the terms of your modification agreement, your interest rate will change to 4.00000%, effective 05/01/20. This change in your interest rate will result in a new monthly payment of $837.51, and your first payment at the new adjusted amount is due 06/01/20.   You will receive a letter notifying you of each step rate change.**

**The table below shows your existing rate and payment and your new rate and payment:**

|  | **Current** Rate and Payment | **New** Rate and Payment |
|---|---|---|
| **Interest Rate** | 3.00000% | 4.00000% |
| **Principal & Interest Payment** | $763.09 | $837.51 |
| **Escrow (Taxes and Insurance)** | $387.90 | $400.45 |
| **Total Payment** | $1150.99 | **$1237.96**<br>**Due 06/01/20** |

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

> **Please note:**
>
> Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable). If the cost of your homeowner's insurance, property taxes or other escrowed expenses increase, your monthly payment is subject to increase as well. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, please note that your escrow payments may be adjusted periodically in accordance with applicable laws.
>
> Your total monthly payment is calculated by adding the principal, interest and escrow amounts.

**If You Anticipate Problems Making your Payments:**

- Contact BSI Financial Services at 1-800-327-7861 as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - ➢ Refinance your loan with another lender;
    - ➢ Modify your loan terms with us;
    - ➢ Sell your home and use the proceeds to pay off your current loan;
    - ➢ If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to enter into a short sale by selling your home and using the proceeds to pay off your current loan or to deliver to us a deed-in-lieu of foreclosure.

- If you would like contact information for counseling agencies or programs in your area, call the
U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp/.

Sincerely,

BSI Financial Services
NMLS # 38078; # 126672

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

GR-2009-01042016_CA11042015

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**CERTIFICATE OF SERVICE**

On May 5, 2020, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

    COUNSEL FOR DEBTOR
    Kymberly Smith Jackson    phxfirm@gmail.com

    TRUSTEE
    Rebecca A. Herr    ecf@ch13md.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                  /s/ Brandy Carroll
                                                  Brandy Carroll

On May 5, 2020, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor<br>Diane Smith<br>4407 75th Avenue<br>Hyattsville, MD 20784 | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                  /s/ Brandy Carroll
                                                  Brandy Carroll